IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA    *
                            *
v.                          *         CR 113-220
                            *
VICTOR EDUARDO OVALLE, JR.  *

## ORDER

On October 1, 2014, the Court held a pre-trial conference to address all pending motions, including Defendant's Motion to Dismiss on the ground that he is a Moorish "sovereign citizen" (Doc. 356), Motion to Dismiss for lack of jurisdiction (Doc. 357), and two Motions to Produce (Docs. 379, 386). After fully considering the parties' briefs and the arguments made at the hearing, the Court orally denied each motion. For the reasons stated in the record, the Court hereby reiterates that it **DENIES** Defendant's motions and **DIRECTS** the Clerk to **TERMINATE** Documents 356, 357, 379, and 386.

**ORDER ENTERED** at Augusta, Georgia, this __1st__ day of October, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA