UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos.: | CR113-220, A. Tagui, et al. |
| | ) | CR115-037, T. B. Johnson |
| LEAVE OF ABSENCE REQUEST | ) | CR114-041, M. L. Hamilton, et al. |
| PATRICIA G. RHODES | ) | CR114-095, M. L. Hamilton |
| October 21 through October 26, 2015 | ) | CR114-100, D. L. Hilton |
| | ) | CR114-103, K. M. Neal |
| | ) | CR114-121, B. W. Johnson |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for October 21 through October 26, 2015, to attend a family wedding out of town; same is hereby GRANTED.

This 30th day of April, 2015.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA